UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MOBIMEDS, INC. D/B/A THE PILL CLUB<br><br>Plaintiff,<br><br>v.<br><br>E-MEDRX SOLUTIONS, INC.; DEBBIE DRENNAN<br><br>Defendants. | Case No. |

**CERTIFICATE OF INTEREST AND**
**DESIGNATION OF LEAD COUNSEL**

**NOW COMES** Plaintiff, MobiMeds, Inc., d/b/a The Pill Club, by and through its attorneys, Frier Levitt, LLC and Giffin, Winning, Cohen & Bodewes, P.C. and pursuant to Local Rules 11.2 and 11.3 of the United States District Court for the Central District of Illinois, furnishes the following information:

1. The full name of the Plaintiff is MobiMeds, Inc., d/b/a The Pill Club.

2. Plaintiff has no parent corporation and is a privately held corporation.

3. The partners and associates of Frier Levitt, LLC and Giffin, Winning, Cohen & Bodewes, P.C. shall appear for Plaintiff MobiMeds, Inc., d/b/a The Pill Club.

4. Todd Mizeski of Frier Levitt shall appear as lead counsel and David A. Herman of Giffin, Winning, Cohen & Bodewes, P.C. shall appear as local counsel.

Respectfully Submitted,

**MOBIMEDS, INC, d/b/a THE PILL CLUB,** Plaintiff

By: /s/ David A. Herman
One of Its Attorneys

Todd Mizeski, NJ Reg. No. 025122001 (Lead Counsel)
(*Admission to CD of IL Pending*)
Steven L. Bennet, NJ Reg. No. 028562009
(*Admission to CD of IL Pending*)
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, N.J. 07058
Tel. (973) 618-1660
Fax. (973) 618-0650
tmizeski@frierlevitt.com
sbennet@frierlevitt.com


David A. Herman, IL Reg. No. 6211060 (Local Counsel)
Matthew R. Trapp, IL Reg. No. 6284154
**GIFFIN, WINNING, COHEN & BODEWES, P.C.**
1 West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
Tel. (217) 525-1571
Fax. (217) 525-1750
dherman@giffinwinning.com
mtrapp@giffinwinning.com

## **PROOF OF SERVICE**

I hereby certify that on this 18th day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                        /s/ David A. Herman
                                        David A. Herman

David A. Herman, IL Reg. No. 6211060
**GIFFIN, WINNING, COHEN & BODEWES, P.C.**
1 West Old State Capitol Plaza, Suite 600
Springfield, IL 62701
Tel. (217) 525-1571
Fax. (217) 525-1750
dherman@giffinwinning.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| MOBIMEDS, INC. D/B/A THE PILL CLUB<br><br>Plaintiff,<br><br>v.<br><br>E-MEDRX SOLUTIONS, INC.; DEBBIE DRENNAN<br><br>Defendants. | Case No. |

**CERTIFICATE OF INTEREST AND**
**DESIGNATION OF LEAD COUNSEL**

**NOW COMES** Plaintiff, MobiMeds, Inc., d/b/a The Pill Club, by and through its attorneys, Frier Levitt, LLC and Giffin, Winning, Cohen & Bodewes, P.C. and pursuant to Local Rules 11.2 and 11.3 of the United States District Court for the Central District of Illinois, furnishes the following information:

1. The full name of the Plaintiff is MobiMeds, Inc., d/b/a The Pill Club.

2. Plaintiff has no parent corporation and is a privately held corporation.

3. The partners and associates of Frier Levitt, LLC and Giffin, Winning, Cohen & Bodewes, P.C. shall appear for Plaintiff MobiMeds, Inc., d/b/a The Pill Club.

4. Todd Mizeski of Frier Levitt shall appear as lead counsel and David A. Herman of Giffin, Winning, Cohen & Bodewes, P.C. shall appear as local counsel.

Respectfully Submitted,

**MOBIMEDS, INC, d/b/a THE PILL CLUB,** Plaintiff


By:  /s/ David A. Herman
         One of Its Attorneys

Todd Mizeski, NJ Reg. No. 025122001 (Lead Counsel)
(*Admission to CD of IL Pending*)
Steven L. Bennet, NJ Reg. No. 028562009
(*Admission to CD of IL Pending*)
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, N.J. 07058
Tel. (973) 618-1660
Fax. (973) 618-0650
tmizeski@frierlevitt.com
sbennet@frierlevitt.com


David A. Herman, IL Reg. No. 6211060 (Local Counsel)
Matthew R. Trapp, IL Reg. No. 6284154
**GIFFIN, WINNING, COHEN & BODEWES, P.C.**
1 West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
Tel. (217) 525-1571
Fax. (217) 525-1750
dherman@giffinwinning.com
mtrapp@giffinwinning.com

Page **2** of **3**

## PROOF OF SERVICE

I hereby certify that on this 18th day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

          /s/ David A. Herman
          David A. Herman

David A. Herman, IL Reg. No. 6211060
**GIFFIN, WINNING, COHEN & BODEWES, P.C.**
1 West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
Tel. (217) 525-1571
Fax. (217) 525-1750
dherman@giffinwinning.com