IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MOBIMEDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:19-cv-3224 (CSB) (TSH) |
| | ) |
| E-MEDRX SOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' FIRST MOTION TO COMPEL DISCOVERY

Defendants E-MEDRX SOLUTIONS, INC. and DEBBIE DRENNAN ("Drennan"), through their undersigned attorneys, and for their First Motion to Compel Discovery, respectfully move this Court pursuant to Fed. R. Civ. P. 37(a) for an Order compelling Plaintiff Mobimeds, Inc. to:

1. Provide substantive responses to Drennan's Interrogatory Nos. 2-5, 7-9, 11-13, and 15-17;

2. Provide substantive responses to E-MedRx's Interrogatory Nos. 3, 6-9, and 11-15; and

3. Provide substantive responses to Defendants' Requests to Produce Nos. 1-6, 8-9, 13-15, 21, 28-31, 36-44, 46, 48-55, and 59.

Defendants' Memorandum of Law in Support of their Motion to Compel (the "Memorandum") and Declaration of Patrick R. Moran (the "Declaration") are filed concurrently and are fully incorporated herein by reference. Defendant Drennan's First Set of Interrogatories is attached as **Exhibit A** to the Declaration. Defendant E-MedRx's First Set of Interrogatories is attached as **Exhibit B** to the Declaration. Defendants' First Set of Requests to Produce is attached as **Exhibit C** to the Declaration. Plaintiff's Responses to Drennan's First Set of Interrogatories

are attached as **Exhibit D** to the Declaration.  Plaintiff's Responses to E-MedRx's First Set of Interrogatories are attached as **Exhibit E** to the Declaration.  Plaintiff's Responses to Defendants' Requests to Produce are attached as **Exhibit F** to the Declaration.

### LOCAL RULE 7.1(B)(4)(c) CERTIFICATION

Defendants certify that the Memorandum complies with the type volume limitation set forth within Local Rule 7.1(B)(4)(c).  According to Microsoft Word, the Memorandum contains 5,256 words, including all headings, footnotes, and quotations.

### RULE 37(a)(1) CERTIFICATION

Prior to filing this Motion and the Memorandum, pursuant to Fed. R. Civ. P. 37(a)(1), counsel for Defendants, Patrick R. Moran and Jordan K. Pack, met and conferred in good faith with counsel for Plaintiff, A.J. Barbarito, via teleconferences held on June 7, 2021 and June 8, 2021 in an effort to resolve discovery disputes without court action.

WHEREFORE, Defendants now respectfully move this Court for an Order granting their First Motion to Compel Discovery.

Dated:  June 23, 2021

Respectfully submitted,

**E-MEDRX SOLUTIONS, INC. and DEBBIE DRENNAN**

By: */s/ Jordan K. Pack*
    One of their attorneys

Patrick R. Moran, ARDC #6272747
James B. Novy, ARDC #6239575
Jordan K. Pack, ARDC #6309852
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000 - phone
pmoran@rfclaw.com
jnovy@rfclaw.com
jpack@rfclaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of this document was served on all counsel of record via the Court's CM/ECF filing system, on the date of filing.

*/s/ Jordan K. Pack*