UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MOBIMEDS, INC. d/b/a THE PILL CLUB

Plaintiff,

v.

E-MEDRX SOLUTIONS, INC. and
DEBBIE DRENNAN

Defendants.

Case No.  19-cv-3224

**JOINT MOTION TO EXTEND DEADLINES**

**NOW COMES** Plaintiff MOBIMEDS, INC., d/b/a the Pill Club, by and through its counsel, Giffin, Winning, Cohen & Bodewes, P.C. and Frier Levitt, LLC and Defendants E-MEDRX SOLUTIONS, INC. and DEBBIE DRENNAN, by and through their counsel, Rock Fusco & Connelly, LLC, and for their Joint Motion to Extend Deadlines, respectfully state as follows:

1. On December 7, 2020, this Court entered a Scheduling Order which provided for the following deadlines, in relevant part:

    a. Fact discovery deadline of August 31, 2021.

    b. Expert discovery deadline of November 30, 2021.

    c. Plaintiff to identify testifying experts and to provide Rule 26 expert reports by September 30, 2021.

    d. Defendant to identify testifying experts and to provide Rule 26 expert reports by October 30, 2021.

  e.  Telephone status hearing is set for November 30, 2021 at 11:00 a.m. before Magistrate Judge Schanzle-Haskins.

  f.  Dispositive motion deadline is December 31, 2021.

  g.  Final pre-trial conference scheduled for April 26, 2022 at 1:30 pm before Judge Mills.  Deadlines for filing of motions in limine is fifteen days prior to final pretrial conference.

  h.  Jury trial is scheduled for May 11, 2022 at 9:00 am in front of Judge Mills.

2.  The Parties seek to extend the discovery deadlines.  The Parties are still engaged in discovery and the Court recently ruled on Plaintiff's Motion to Compel.  Depositions have not yet been scheduled.

3.  The Parties request that the Court extend the discovery deadlines as follows:

  a.  Fact Discovery to be completed by November 30, 2021.

  b.  Expert Discovery to be completed by February 28, 2022.

  c.  Plaintiff to identify testifying experts and to provide Rule 26 expert reports by December 31, 2021.

  d.  Defendant to identify testifying experts and to provide Rule 26 expert reports by January 31, 2022.

  e.  Dispositive motion deadline is March 31, 2022.

  f.  That the Final Pre-Trial Conference and the Trial be rescheduled at the Court's discretion.

4.  This request is not made for the purposes of delay but rather to allow the Parties to continue to exchange written discovery and take depositions.

**WHEREFORE**, Plaintiff MOBIMEDS, INC., d/b/a the Pill Club, and Defendants E-MEDRX SOLUTIONS, INC. and DEBBIE DRENNAN pray that this Court extend the discovery and dispositive motion deadlines, and reschedule this case for trial in the fall of 2022, and for all other such relief that this Court deems just and equitable.

Respectfully Submitted,

| | |
|---|---|
| **MOBIMEDS, INC.**, d/b/a The Pill Club, Plaintiff | **E-MEDRX SOLUTIONS, INC. and DEBBIE DRENNAN**, Defendants |
| By:      /s/ A.J. Barbarito<br>           One of Its Attorneys | By:    /s/ Jordan K. Pack<br>         One of Their Attorneys |
| Todd Mizeski, NJ Reg. No. 025122001 – Lead Counsel<br>Steven L. Bennet, NJ Reg. No. 028562009<br>A.J. Barbarito, NJ Reg. No. 207652018<br>**FRIER & LEVITT, LLC**<br>84 Bloomfield Avenue<br>Pine Brook, N.J. 07058<br>Tel. (973) 618-1660<br>Fax. (973) 618-0650<br>tmizeski@frierlevitt.com<br>sbennet@frierlevitt.com | Patrick R. Moran, IL Reg. No. 6272747<br>James B. Novy, IL Reg. No. 6239575<br>Jordan K. Pack, IL Reg. No. 6309852<br>**ROCK FUSCO & CONNELLY, LLC**<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>pmoran@rfclaw.com<br>jnovy@rfclaw.com<br>jpack@rfclaw.com |
| David A. Herman, IL Reg. No. 6211060 – Local Counsel<br>Matthew R. Trapp, IL Reg. No. 6284154<br>**GIFFIN, WINNING, COHEN & BODEWES, P.C.**<br>1 West Old State Capitol Plaza, Suite 600<br>Springfield, IL 62701<br>Tel. (217) 525-1571<br>Fax. (217) 525-1750<br>dherman@giffinwinning.com<br>mtrapp@giffinwinning.com | |

**PROOF OF SERVICE**

I hereby certify that on this 3rd day of August, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send an email notification to:

    Patrick R. Moran
    pmoran@rfclaw.com
    James B. Novy
    jnovy@rfclaw.com
    Jordan K. Pack
    jpack@rfclaw.com

                                             /s/ A.J. Barbarito

Todd Mizeski, NJ Reg. No. 025122001 – Lead Counsel
Steven L. Bennet, NJ Reg. No. 028562009
A.J. Barbarito, NJ Reg. No. 207652018
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, N.J. 07058
Tel. (973) 618-1660
Fax. (973) 618-0650
tmizeski@frierlevitt.com
sbennet@frierlevitt.com